United States District Court
Northern District of California

**NXSYSTEMS, INC.,**

    Plaintiff,

v.

**MONTEREY CALIFORNIA BANK, et al.,**

    Defendants.

**Case No.: 12-cv-5458 KAW**

**ORDER SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS**

This case was originally filed in the United States District Court for the District of Oregon. On October 23, 2012, the case was transferred to this district. On November 27, 2012, the case was assigned to the undersigned.

Defendants' November 5, 2012, motion to dismiss is hereby set for hearing on January 3, 2013 at 11:00 a.m.

Plaintiff has requested an extension of time to file an opposition to the motion to dismiss, explaining that Plaintiff's counsel needs time confer with local counsel. Good cause appearing, Plaintiff's request for an extension of time is granted. Plaintiff shall file its opposition to Defendants' motion to dismiss by December 7, 2012. Defendants' reply brief is due on December 14, 2012.

It is so ORDERED.

**Dated: November 30, 2012**

_Kandis Westmore_

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**