1  Faisal Zubairi (244233)
   zubairi.faisal@dorsey.com
2  Katherine Santon (SBN 265600)
   santon.kate@dorsey.com
3  **DORSEY & WHITNEY LLP**
   600 Anton Blvd., Suite 2000
4  Costa Mesa, California  92626-7655
   Telephone: (714) 800-1400
5  Facsimile:  (714) 800-1499

6  Attorneys for Defendants Monterey
   County Bank and Northern
7  California Bancorp, Inc.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NXSYSTEMS, INC, an Oregon Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>MONTEREY COUNTY BANK, a California State Bank,<br><br>                    Defendants. | Case No.: C 12-05458 SC<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**<br><br>Date Action Filed: 5/22/12<br>Date Transferred to Northern District:  10/22/12 |

## ORDER

IT IS HEREBY ORDERED THAT, based on the Stipulation to Extend Time for Plaintiff to File First Amended Complaint and for Defendant to File a Responsive Pleading to First Amended Complaint, Plaintiff's deadline to file its First Amended Complaint is hereby extended from February 22, 2013, to and including March 8, 2013.  Defendant shall file its responsive pleading to the First Amended Complaint within 14 days of the filing of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: __February 25__, 2013

_____
Hon. Kandis A. Westmore